UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 10 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Jonathan Rodriguez Saenz
Plaintiff,

v.                                          Case Number: 22-CV-02291-JPB

Judith Adriana Guevara Gonzalez
Defendant.

---

Judith A. Guevara Gonzalez and Mateo Rodriguez Guevara (son) have been living in Monterrey, Nuevo Leon, Mexico since September 7 2022.

An agreement for custody and visitations was stablished through the Mexican court, effective on April 1 2023.

Plantiff's attorney Kevin Arocha has been notified the status of the case.

Jonathan Rodriguez Saenz has had visited his son Mateo already.