# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| JONATHAN RODRIGUEZ SAENZ, ) ) ) Petitioner, ) ) v. ) ) JUDITH ADRIANA GUEVARA ) GONZALEZ, ) ) Respondent. ) ) | CIVIL ACTION NO. 1:22-CV-02291-JPB |

## AMENDED[1] STATUS REPORT

COMES NOW undersigned counsel, Mr. Curtis Romig and Mr. Kevin Arocha, and pursuant to the directives set forth in this Court's Order of May 11, 2023 [ECF No. 12], hereby report that despite numerous attempts[2] to contact Petitioner Jonathan Saenz ("Mr. Saenz") concerning the recent developments in this action, Mr. Saenz has not responded or otherwise provided guidance as it relates to his desire to dismiss

---

[1] Undersigned counsel submits this Amended Status Report to correct a scrivener's error in the initial filing [ECF No. 13].  *See infra* at 2, n.3.

[2] Undersigned counsel's attempted communications include, among other things, E-Mails, WhatsApp messages, telephone calls, and voicemail messages, over a period of several weeks.

1

this case or proceed to trial.  Undersigned counsel further reports that Mr. Saenz has neither confirmed nor denied the report from Respondent Judith Gonzalez's ("Ms. Gonzalez") in her Notice of Filing dated May 10, 2023 [ECF No. 11].

In light of the above, effective May 18, 2023, undersigned counsel notified Mr. Saenz in writing of their intention to seek permission to withdraw from his representation, in accordance with the procedures set forth in Local Rule 83.1(E)(2) and Rule 1.16 of the Georgia Rules of Professional Conduct.  Accordingly, the requisite 14-day notice period is set to expire on June 1, 2023,[3] after which undersigned counsel plans to file a Motion to Withdraw with this Court.

Respectfully submitted this 19th day of May, 2023.

/s/ Kevin Arocha
Curtis J. Romig, Esq.
Georgia Bar No. 613990
Kevin Arocha, Esq.
Georgia Bar No. 872410
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street, N.W., 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
curtis.romig@bclplaw.com
kevin.arocha@bclplaw.com

*Attorneys for Petitioner Jonathan Saenz*

---

[3] The initial version of this Status Report [ECF No. 13] incorrectly identified April 1, 2023 as the expiration of the 14-day notice period.  This was done in error.  The correct date of expiration is June 1, 2023.

**LOCAL RULE 7.1(D)**
**CERTIFICATION OF COMPLIANCE**

I hereby certify this 19th day of May 2023, that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1, N.D. Ga.

                Respectfully submitted,

                */s/ Kevin Arocha*
                Kevin Arocha, Esq.
                Georgia Bar No. 872410

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2023, a true and correct copy of the foregoing document was served on Respondent Judith Adriana Guevara Gonzalez by email to judgg0519@gmail.com and via physical mail to the following addresses:

| | |
|---|---|
| 620 Preston Landing Circle, Lithia Springs, GA 30122 | Tomatlán 116 Oriente, Noria Sur, Apodaca, Nuevo León, México 33366 |

Respectfully submitted,

*/s/ Kevin Arocha*
Kevin Arocha, Esq.
Georgia Bar No. 872410