UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN RODRIGUEZ SAENZ, <br><br> Petitioner, <br><br> v. <br><br> JUDITH ADRIANA GUEVARA GONZALEZ, <br><br> Respondent. | CIVIL ACTION NO.: <br> 1:22-CV-02291-JPB |

## **ORDER**

On June 15, 2023, the Court ordered Petitioner to notify the Court in writing within twenty-one days of his new counsel or of his intention to proceed *pro se*. Petitioner was also ordered to provide the Court with the current telephone number and address of new counsel or of his current telephone number and address if he was proceeding *pro se*. Petitioner was warned that failure to comply with the order would result in dismissal of the action.

To date, Petitioner has not updated the Court in any way. As such, this matter is **HEREBY DISMISSED** without prejudice for failure to obey an order of the Court. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 7th day of July, 2023.

J. P. BOULEE
United States District Judge