UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN RODRIGUEZ SAENZ,<br><br>            Plaintiff,<br><br>vs.<br><br>JUDITH ADRIANA GUEVARA GONZALEZ,<br><br>            Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-02291-JPB |

## J U D G M E N T

This action having come before the court, Honorable J.P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice for failure to obey an order of the Court pursuant to Local Rule 83.1(E)(4).

Dated at Atlanta, Georgia, this 10th day of July, 2023.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                        By:     s/ N. Bowen
                                                  N. Bowen, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 10, 2023
Kevin P. Weimer
Clerk of Court

By:     s/ N. Bowen
        Deputy Clerk